UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenny Taylor (Presidential Candidate)

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Peragon Security Company
Petter Sr. Rudolph B
D. Carriere

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

First Amendment, 14th Amendment, Obstruction of Justice Pursuant to 18.U.S.C. 1509 for interfering with the Federal Election Commission process being that I am part of the process to challenge the now incumbent President, Joseph R. Biden.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Kenny Taylor (Presidential Candidate)__ is a citizen of the State of
(Plaintiff's name)

__New York, NY__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **Peregon Security** (Defendant's name), is a citizen of the State of _____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **Petter Sr. Rudolph R.**, is incorporated under the laws of the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Kenny** / **Junior** / **Taylor**
First Name / Middle Initial / Last Name

**99 Wall Street**
Street Address

**New York** / **NY** / **10005**
County, City / State / Zip Code

**914-392-0925** / **Kennytaylor2024@gmail.com**
Telephone Number / Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  **Peragon**    **Security**
First Name    Last Name

Company
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 2:  **D.    Carriere**
First Name    Last Name

Employee
Current Job Title (or other identifying information)

26 Federal Plaza
Current Work Address (or other address where defendant may be served)

New York    NY    10005
County, City    State    Zip Code

Defendant 3:  **Petter Sr.    Rudolph R.**
First Name    Last Name

Employee
Current Job Title (or other identifying information)

26 Federal Plaza
Current Work Address (or other address where defendant may be served)

New York    NY    100
County, City    State    Zip Code

**Defendant 4:** _____

First Name         Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City         State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 26 Federal Plaza

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On December 15, 2023, Plaintiff, Kenny Taylor, who is currently running for President of the United States of America, went to the 26 Federal Plaza to informed the FBI about the State local authorities as well as the Citizens of this State interferring with my Presidential run for office next year.

In doing so, I ecountered a problem with Peragon Security employee, Petter Sr. Rudolph R. and D. Carriere. I informed them of my status as a Presidential Candidate. D. Carriere and Petter Sr. Rudolph R. Threw me out of the building by escorting me off and out of the Premises. They also informed me that they didn't give a care in the world if I was a Presidential Candidate or not.

Unprofessional Conduct

Page 5

D. Carriere and Petter Sr. Rudolph R. did not at all show Plaintiff, in his Presidential Candidate Position, no respect. At the same time, they obstructed with Plaintiff's agenda as well as prevented him from filing a complaint with FBI.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I suffered, as a result of that, mental trauma, stress, aggrevation

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Plaintiff request that he be rewarded monetory damages in the amount of 15 million, D. Carriere and Petter Sr. Rudolph R. fired, the company investigate, and no more interference with my agenda as a presidential candidate.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: December 15, 2023

Plaintiff's Signature: Kenny Taylor

First Name: Kenny
Middle Initial: Jr
Last Name: Taylor

Street Address: 99 Wall Street

County, City: New York
State: NY
Zip Code: 100

Telephone Number: 914-392-0925

Email Address (if available): Kennytaylor2024@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

FEC FORM 1

# STATEMENT OF ORGANIZATION

## FILING FEC-1724266

### 1. KennyTaylor2024
99 Wall Street
2390
New York, NY 10005
Email: kennytaylor2024@gmail.com

### 2. Date: 09/01/2023
3. FEC Committee ID #: C00849596 **This committee is a Principal Campaign Committee.** Candidate: Kenny Junior Taylor
Party: Democratic Party
Office Sought: President
State is in District:

### Affiliated Committees/Organizations
NONE

### Custodian of Records:
Kenny Junior Taylor
3083 Decatur Avenue
Bronx, NY 10467
Title: CEO
Phone # (914) 392-0925

### Treasurer:
Kenny Junior Taylor
3083 Decatur Avenue
Bronx, New York 10467
Title: CEO
Phone # (914) 392-0925

### Designated Agent(s):
Kenny Junior Taylor
3083 Decatur Avenue
Bronx, New York 10467
Title: CEO
Phone # (914) 392-0925

### Banks or Depositories
Bank of America
150 Broadway
New York, New York 10038

**Signed: Kenny Junior Taylor**
**Date Signed: 09/03/2023**
**Official Committee URL: kennytaylor2024.com**

### (End FEC FORM 1)

Generated Tue Nov 14 12:50:23 2023

Federal Election Commission (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to:
webmanager@fec.gov.

FEC FORM 2

# STATEMENT OF CANDIDACY

**FILING FEC-1724703**

**1. Kenny Junior Taylor**
3083 Decatur Avenue
Bronx, NY 10467

**2. Identification Number: P40015349**

**3. Party: Democratic Party**

**4. Office Sought: President**

**5-6. State & District of Candidate:** ___ - 0

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

**7.** I hereby designate the following named political committee as my Principal Campaign Committee for the 2024 election(s).

**KENNYTAYLOR2024**
**FEC ID #: C00849596**
99 WALL STREET
2390
NEW YORK, NY 10005

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES

**8.** I hereby designate the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

## DECLARATION OF INTENT TO EXPEND PERSONAL FUNDS (House or Senate Only)

**9.** I intend to expend personal funds exceeding the threshold amount (see 11 C.F.R. 400.9) by

9A. 0.00 for the primary election, and
9B. 0.00 for the general election

**Signed as: Kenny Junior Taylor**
**Signed by the candidate on: 09/08/2023**

**Filed: 09/08/2023**

**(End FEC FORM 2)**

Generated Tue Nov 14 12:59:06 2023

Federal Election Commission (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to:
webmanager@fec.gov.