UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNY TAYLOR (Presidential Candidate),

                          Plaintiff,

              -against-

PERAGON SECURITY COMPANY;
PETTER SR. RUDOLPH R.; D. CARRIERE,

                          Defendants.

23-CV-11001 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 29, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    April 3, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge